| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Houston, John A. | 2. Court or Organization Southern District of Californi | 3. Date of Report 05/13/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Court | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 940 Front Street Suite 2140 San Diego, CA 92101-1118 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust |
| 2. Co-Trustee | Trust # 2 |
| 3. | |
| 4. | |
| 5. | |

*2009 MAY 14 P 3: 39 FINANCIAL DISCLOSURE OFFICE RECEIVED*

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Houston_John_A 1

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Self Employed (consultant/clinical psychologist) |
| 2. | ERM, San Diego, CA (consulting) |
| 3. | Center For Creative Leadership, La Jolla ,CA |
| 4. | Dynamic Consulting, San Diego, CA |
| 5. | Innolect, Inc., Tega Cay, SC |
| 6. | The Broad Residency, Los Angeles, CA |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. The Just The Beginning Foundation | September 25 -28, 2008 | Washington, DC | CLE Program | Room, Meals, Transportation on site |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. CitiBank | --- Mortgage - Rental Property - San Diego | N |
| 2. Wells Fargo Bank | Mortgage - Investment Real Property | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Houston, John A. | - | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property (2), San Diego County, CA | E | Rent | O | W | | | | | |
| 2. San Diego Gas & Electric (Sempra) | | None | J | T | | | | | |
| 3. San Diego Gas & Electric (Sempra) | | None | J | T | | | | | |
| 4. Oppenheimer Capital Appreciation Mutual Fund- IRA | | None | L | T | | | | | |
| 5. Oppenheimer Capital Appreciation Mutual Fund - IRA | | None | L | T | | | | | |
| 6. Fidelity Funds - IRA | | None | J | T | | | | | |
| 7. --Fidelity Discovery Fund | | None | J | T | | | | | |
| 8. ---Fidelity New Markets Fund | | None | J | T | | | | | |
| 9. Trust | A | Interest | J | T | | | | | |
| 10. - Leap Wireless Communications (Common Stock) | | | | | | | | | |
| 11. - Nuveen Limited Term Municipal Bond Fund | | | | | | | | | |
| 12. Trust # 2 | A | Interest | L | T | | | | | |
| 13. -- MSDW Dividend Growth Securities Fund | | None | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 14. -- MSDW California Tax-Free Income Fund | A | Interest | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 15. -- AIM Advisor Real Estate Fund | | None | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 16. -- Eaton Vance WW Health Sciences Fund | | None | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 17. -- Eaton Vance Taz Managed Growth Fund | | None | | | Transferred (to line 12) | 09/08 | J | A | Trust # 2 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Franklin Calif Trax Free Income Fund | A | Interest | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 19. -- MFS MidCap Growth Fund | | None | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 20. -- Putnam Rsearch Fund | | None | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 21. -- Putnam International Voyager Fund | | None | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 22. -- Sentinel Small Cap Companies Fund | | None | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 23. -- Reserve Primary Fund Class R | | None | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 24. -- Lord Abbet Mid Cap Val Class C | | None | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 25. MFS Val Class B | A | Dividend | J | T | | | | | |
| 26. MFS Value Class C | A | Dividend | J | T | | | | | |
| 27. American AMCAP Class C | A | Distribution | J | T | | | | | |
| 28. John Hancock US Glob Leaders Growth Class C | A | Dividend | J | T | | | | | |
| 29. Putnam Tax Smart Equity Class B | A | Dividend | J | T | | | | | |
| 30. Delaware Tax-Free California Class B | A | Interest | J | T | | | | | |
| 31. Phoenix Mutual Funds- Simple-IRA | | None | K | T | | | | | |
| 32. Phoenix Strategic Theme Class B - Simple IRA | | None | K | T | | | | | |
| 33. Real Property (3), Birmingham, AL | C | Rent | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 05/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII.

-- The assets previously contained in the Trust as items 11-22 inclusive, 24 and 25 in the 2007 report were sold in 2007 and so reported as "sold" in the 2007 report.

-- The assets appearing as items 27-38 inclusive in the 2007 report were transferred to Trust # 2 during the reporting period and are included as items 13-24 inclusive in this report.

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 05/13/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALS~~~~IVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| | |
|---|---|
| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** |

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Houston, John A. | 2. Court or Organization<br><br>Southern District of Californi | 3. Date of Report<br><br>05/13/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Court | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>940 Front Street<br>Suite 2140<br>San Diego, CA 92101-1118 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust |
| 2. Co-Trustee | Trust # 2 |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 14 P 3:39 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Houston_John_A 2

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 05/13/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Self Employed (consultant/clinical psychologist) |
| 2. | ERM, San Diego, CA (consulting) |
| 3. | Center For Creative Leadership, La Jolla ,CA |
| 4. | Dynamic Consulting, San Diego, CA |
| 5. | Innolect, Inc., Tega Cay, SC |
| 6. | The Broad Residency, Los Angeles, CA |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. The Just The Beginning Foundation | September 25 -28, 2008 | Washington, DC | CLE Program | Room, Meals, Transportation on site |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. CitiBank | --- Mortgage - Rental Property - San Diego | N |
| 2. Wells Fargo Bank | Mortgage - Investment Real Property | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property (2), San Diego County, CA | E | Rent | O | W | | | | | |
| 2. San Diego Gas & Electric (Sempra) | | None | J | T | | | | | |
| 3. San Diego Gas & Electric (Sempra) | | None | J | T | | | | | |
| 4. Oppenheimer Capital Appreciation Mutual Fund- IRA | | None | L | T | | | | | |
| 5. Oppenheimer Capital Appreciation Mutual Fund - IRA | | None | L | T | | | | | |
| 6. Fidelity Funds - IRA | | None | J | T | | | | | |
| 7. --Fidelity Discovery Fund | | None | J | T | | | | | |
| 8. ---Fidelity New Markets Fund | | None | J | T | | | | | |
| 9. Trust | A | Interest | J | T | | | | | |
| 10. - Leap Wireless Communications (Common Stock) | | | | | | | | | |
| 11. - Nuveen Limited Term Municipal Bond Fund | | | | | | | | | |
| 12. Trust # 2 | A | Interest | L | T | | | | | |
| 13. -- MSDW Dividend Growth Securities Fund | | None | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 14. -- MSDW California Tax-Free Income Fund | A | Interest | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 15. -- AIM Advisor Real Estate Fund | | None | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 16. -- Eaton Vance WW Health Sciences Fund | | None | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 17. -- Eaton Vance Taz Managed Growth Fund | | None | | | Transferred (to line 12) | 09/08 | J | A | Trust # 2 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Franklin Calif Trax Free Income Fund | A | Interest | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 19. -- MFS MidCap Growth Fund | | None | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 20. -- Putnam Rsearch Fund | | None | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 21. -- Putnam International Voyager Fund | | None | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 22. -- Sentinel Small Cap Companies Fund | | None | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 23. -- Reserve Primary Fund Class R | | None | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 24. -- Lord Abbet Mid Cap Val Class C | | None | | | Transferred (to line 12) | 02/08 | J | A | Trust # 2 |
| 25. MFS Val Class B | A | Dividend | J | T | | | | | |
| 26. MFS Value Class C | A | Dividend | J | T | | | | | |
| 27. American AMCAP Class C | A | Distribution | J | T | | | | | |
| 28. John Hancock US Glob Leaders Growth Class C | A | Dividend | J | T | | | | | |
| 29. Putnam Tax Smart Equity Class B | A | Dividend | J | T | | | | | |
| 30. Delaware Tax-Free California Class B | A | Interest | J | T | | | | | |
| 31. Phoenix Mutual Funds- Simple-IRA | | None | K | T | | | | | |
| 32. Phoenix Strategic Theme Class B - Simple IRA | | None | K | T | | | | | |
| 33. Real Property (3), Birmingham, AL | C | Rent | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1, - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 05/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII.

-- The assets previously contained in the Trust as items 11-22 inclusive, 24 and 25 in the 2007 report were sold in 2007 and so reported as "sold" in the 2007 report.

-- The assets appearing as items 27-38 inclusive in the 2007 report were transferred to Trust # 2 during the reporting period and are included as items 13-24 inclusive in this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSI    IVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544